HARKAN v. BENNING, administratrix.

SIMMONS, C. J.   The first grant of a new trial will not be disturbed by this court, the record failing to show any abuse of discretion on the part of the trial judge in granting the new trial.

*Judgment affirmed. All the Justices concurring.*

Argued April 29, — Decided May 25, 1898.

Complaint for land.   Before Judge Littlejohn.   Colquitt superior court.   August 25, 1897.

*I. A. Bush* and *D. H. Pope,* for plaintiff in error.
,*W. C. McCall,* contra.

---

HOLMES v. STINSON.

LUMPKIN, P. J.   This was an action for land, upon the trial of which the plaintiff failed entirely to show a right of recovery.   On the contrary, the evidence, as a whole, demanded a finding for the defendant.   Therefore, the court did not err in directing a verdict in his favor.          *Judgment affirmed. All the Justices concurring.*

Submitted April 25, — Decided May 26, 1898.

Complaint for land.   Before Judge Hart.   Morgan superior court.   September term, 1897.

*J. H. Holland* and *Foster & Butler,* for plaintiff.
*George & George,* for defendant.

---

JONES v. ACHEY.

FISH, J.   The only defense being usury, and the evidence, as a whole, showing that no usury was charged or received by the plaintiff, there was no error in directing a verdict in her favor.

*Judgment affirmed. All the Justices concurring.*

Argued April 29, — Decided, May 26, 1898.

Complaint on note.   Before Judge Butt.   Talbot superior court.   September term, 1897.

*Bull & Perryman, Persons & Son* and *C. J. Thornton,* for plaintiff in error.
*Rosser & Carter, T. R. R. Cobb* and *J. H. Worrill,* contra.